JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Dovlatyan,<br><br>   Plaintiff,<br><br>v.<br><br>O'Reilly Auto Enterprises, LLC, et al.,<br><br>   Defendant. | Case No. 2:20-CV-03970-AB-MAAx<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 23, 2020    _____
                ANDRÉ BIROTTE JR.
                UNITED STATES DISTRICT JUDGE

1.